**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eugene RODRIGUEZ, Jr., also known as Jr., Defendant–Appellant.**

**No. 10–51228**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Ruben P. Morales, El Paso, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eugene Rodriguez, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw pursuant to *Anders* is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.